Glenn Spencer Bacal – 006812
gbacal@jsslaw.com
Frederick M. Cummings – 010589
fcummings@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Attorneys for The Frank Lloyd Wright Foundation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Frank Lloyd Wright Foundation, an Arizona non-profit organization, <br><br>Plaintiff,<br><br>vs.<br><br>Cassina S.p.A., an Italian corporation,<br><br>Defendant. | No. CV06-1797-PHX-FJM <br><br> **Joint Stipulation for Dismissal With Prejudice** |
| Cassina S.p.A., an Italian corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>The Frank Lloyd Wright Foundation, an Arizona non-profit organization,<br><br>Counterdefendant. | |

The parties, by and through their undersigned counsel, hereby stipulate that this action should be dismissed with prejudice in its entirety as to all claims and

3089143v1(55504.13)

counterclaims asserted in this case, with each party bearing their own costs, fees and expenses of the litigation.

**RESPECTFULLY SUBMITTED** this 24th day of August, 2007

        JENNINGS, STROUSS & SALMON, P.L.C.

        By s/ Glenn Spencer Bacal
            Glenn Spencer Bacal, Esq.
            Frederick M. Cummings, Esq.
            The Collier Center, 11th Floor
            201 East Washington Street
            Phoenix, Arizona  85004-2385
            gbacal@jsslaw.com
            fcummings@jsslaw.com
Attorneys for The Frank Lloyd Wright Foundation


        MILLER LASOTA & PETERS

        By s/ Bruce E. Meyerson
            (signed electronically by permission)
            Bruce E. Meyerson, Esq.
            bruce@mlp-law.com
            Donald M. Peters, State Bar No. 005929
            don@mlp-law.com
            Miller LaSota & Peters, PLC
            722 East Osborn, Suite 100
            Phoenix, Arizona 85014
Attorneys for Cassina S.p.A.

3089143v1(55504.13)

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, the foregoing was electronically transmitted to the Clerk's Office of the United States District Court for the District of Arizona using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Bruce E. Meyerson, State Bar No. 003085
bruce@mlp-law.com
Miller LaSota & Peters, PLC
722 East Osborn, Suite 100
Phoenix, Arizona 85014
Telephone:  (602) 248-2900
Attorneys for Cassina S.p.A.

                       By: s/ Glenn Spencer Bacal
                             Glenn Spencer Bacal
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, AZ  85004-2384
Attorneys for The Frank Lloyd Wright Foundation

3